

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00510-CV

**IN RE UNITED HEALTH GROUP INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Adrian A. Spears, II, Justice
               H. Todd McCray, Justice

Delivered and Filed: December 3, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed its petition for writ of mandamus on August 11, 2025. The real party in interest filed a motion to dismiss the petition for writ of mandamus and a reply. Having considered the arguments of the parties and the record filed, this court has determined that relator has not established that it is entitled to the requested relief. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The real party in interest's motion to dismiss is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-02352, styled *Melissa Pearson v. United Health Group, Inc.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.